UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **ROGELIO RAMOS AND SILVIA RAMOS** § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND RICARDO NIEVES,** § <br> *Defendants*. § | **CIVIL ACTION NO. 7:16-cv-00657** |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Rogelio Ramos and Silvia Ramos ("Plaintiffs") and Defendant Allstate Vehicle and Property Insurance Company ("Defendant") herby file this Agreed Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiffs moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

2. This case is not a class action and a receiver has not been appointed.

3. This dismissal is with prejudice. The parties have agreed that each party will bear its own costs of suit.

Respectfully submitted,

By: ___/s/ Philip K. Broderick___
Philip K. Broderick
State Bar No. 24094561
Southern District of Texas No. 2782757
Philip@Simplyjustice.com
ARGUELLO LAW FIRM
1110 Nasa Parkway, Suite 620
Houston, Texas 77058
Telephone: (281) 884-3960
Facsimile: (281) 884-3961
***COUNSEL FOR PLAINTIFFS***
***ROGELIO RAMOS AND***
***SILVIA RAMOS***

**AND**

By:   <u>*/s/ Rosemary Conrad-Sandoval*</u>
Rosemary Conrad-Sandoval
State Bar #04709300
Federal ID #13738
R. Jordan Riley
State Bar #24064424
Federal ID #2515695
David M. Roerig
State Bar #24060513
ROERIG, OLIVEIRA & FISHER, LLP
10225 North 10th Street
McAllen, Texas 78504
Telephone: (956) 393-6300
Facsimile: (956) 386-1625
***ATTORNEYS FOR DEFENDANT***
***ALLSTATE VEHICLE AND PROPERTY***
***INSURANCE COMPANY***