United States District Court
Southern District of Texas
**ENTERED**
July 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROGELIO RAMOS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-00657 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The Court now considers the joint stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal without court order when the stipulation of dismissal is signed by all parties who have appeared. Here, the stipulation of dismissal is signed by all parties who have appeared.[2] Thus, the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of July, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 13.
[2] *Id*.